# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                    **PLAINTIFF**

v.                           No. 3:19-cv-43-DPM

**PAM HONEYCUTT, Circuit Court**                              **DEFENDANT**
**Judge, Craighead County**

## ORDER

**1.** Webster hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 8 April 2019. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Webster an application to proceed *in forma pauperis*. If the Court grants Webster permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 March 2019