# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**GARY LEON WEBSTER**                                                    **PLAINTIFF**
**ADC #114018**

v.                                    **No. 3:19-cv-43-DPM**

**PAM HONEYCUTT, Circuit Court**                                        **DEFENDANT**
**Judge, Craighead County**

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

_____16 April 2019_____